JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| In Re Nabeel Slaieh<br><br>JOANNE FRALEIGH,<br><br>                    Appellant,<br><br>v.<br><br>LARRY D. SIMONS,<br><br>                    Appellee. | Case No. EDCV 16-2254 JGB<br><br>Related U.S. Bankruptcy Court,<br><br>6:13-bk-30133-MH<br><br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Appellant Joanne Fraleigh was ordered to show cause in writing by no later than September 29, 2017, why is action should not be dismissed for lack of prosecution. This period has elapsed without any response by Appellant. The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: October 3, 2017

                                                    THE HONORABLE JESUS G. BERNAL
                                                    United States District Judge

cc: Bankruptcy